```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 11-01835-JJT
Travis M Brown                                                  Chapter 13
Neena R Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: PRadginsk        Page 1 of 1        Date Rcvd: Nov 14, 2016
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
            +Empereon Marketing LLC,   510 Banks Street,   Coudersport, PA 16915-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor RURAL DEVELOPMENT  USDA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Neena R Brown pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Travis M Brown pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    United States of America, acting through the Rural
               Housing Service (RHS), United States Department of Agriculture (USDA) tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| TRAVIS M. BROWN and | : | Case No. 4:11-BK-01835-JJT |
| NEENA R. BROWN, | : | |
| Debtor(s) | : | Debtor(s)' Motion to Terminate |
| | : | Wage Attachment |

### ORDER

Upon consideration of the above-referenced Debtor(s)' Motion to Terminate Wage Attachment, IT IS HEREBY **ORDERED** that until further Order of this Court, the entity from who the Debtor, Travis M. Brown, receives income, i.e., Empereon Marketing, LLC, should immediately cease the wage attachment in the amount of $168.46 from each bi-weekly paycheck.

Dated: November 14, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)