## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Travis M Brown and Neena R Brown     BKY. NO. 11-01835 JJT
        Debtor(s)

                                    CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of United States of America, acting through the Rural Housing Service (RHS), United States Department of Agriculture (USDA), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8887

Respectfully submitted,

**/s/ Thomas Puleo**
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant